# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

　　　　　　　　　　　　　　　　　　　　　:

　　　　　Plaintiff,　　John Ream　　　:　　Case No.: 2:24-cv-364

-vs-　　　　　　　　　　　　　　　　　　:　　District Judge
　　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge

　　　　　Defendant, U.S. Department of the Treasury, et al. :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, __Patrick T. Lewis__, trial
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Name of Trial Attorney)

attorney for __John Ream__, in the above-referenced action, hereby moves the court to
　　　　　　　(Name of Party)

admit __Kristin A. Shapiro__, *pro hac vice* to appear and participate as counsel or co-counsel
　　　　(Name of PHV Attorney)

in this case for __John Ream__.
　　　　　　　　(Name of Party)

Movant represents that __Kristin A. Shapiro__ is a member in good standing
　　　　　　　　　　　　　(Name of PHV Attorney)

of the highest court of __District of Columbia__ as attested by the accompanying certificate from that
　　　　　　　　　　　　(Name of State)

court and that __Kristin A. Shapiro__ is not eligible to become a member of the
　　　　　　　(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

<u>    Kristin A. Shapiro    </u> 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u> 202-861-1717 </u> Business fax <u>     </u>

Business address <u> 1050 Connecticut Ave NW #1100, Washington, DC 20036 </u>

Business e-mail address <u> kshapiro@bakerlaw.com </u>

<u>/s/ Patrick T. Lewis</u>
(Signature of Trial Attorney)

<u>Baker & Hostetler, Key Tower 127 Public Square, Suite 2000</u>
(Address)

<u>Cleveland, OH 44114</u>
(City, State, Zip Code)

<u>(216) 861-7096</u>
(Telephone Number)

Trial Attorney for <u>John Ream</u>
(Name of Party)

**(Please attach required Certificate of Service)**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Kristin Ann Shapiro*

was duly qualified and admitted on April 9, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 19, 2024.*

JULIO A. CASTILLO
Clerk of the Court

Issued By:

*David Chu - Director, Membership
District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

**Certificate of Service**

I certify that on the February 2, 2024, the foregoing was filed on the Court's electronic case filing system, and was served upon the following by regular U.S. mail, postage pre-paid:

    U.S. Department of the Treasury
    c/o Neil H. MacBride,
    General Counsel,
    1500 Pennsylvania Avenue, NW., Room 3000,
    Washington, DC 20220

    Janet Yellen, in her official capacity as U.S. Secretary of the Treasury
    c/o Neil H. MacBride,
    General Counsel,
    1500 Pennsylvania Avenue, NW., Room 3000,
    Washington, DC 20220

    Alcohol and Tobacco Tax and Trade Bureau
    c/o Neil H. MacBride,
    General Counsel,
    1500 Pennsylvania Avenue, NW., Room 3000,
    Washington, DC 20220

    Mary G. Ryan in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau
    c/o Neil H. MacBride,
    General Counsel,
    1500 Pennsylvania Avenue, NW., Room 3000,
    Washington, DC 20220

    United States Attorney for the Southern District of Ohio
    Attn: Kenneth L. Parker
    303 Marconi Boulevard, Suite 200
    Columbus, Ohio 43215

    Attorney General of the United States
    Attn: Jolen Ann Lauria, Assistant Attorney General for Administration, Justice Management Division
    950 Pennsylvania Avenue, NW
    Washington, D.C. 20530

Dated: February 2, 2024 /s/ Patrick T. Lewis
Patrick T. Lewis
Counsel for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Plaintiff, John Ream :

Case No.: 2:24-cv-364

-vs- :

District Judge
Magistrate Judge

Defendant, U.S. Department of the Treasury, et al. :

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, _Patrick T. Lewis_, trial
(Name of Trial Attorney)

attorney for _John Ream_, in the above-referenced action, hereby moves the court to
(Name of Party)

admit _Andrew M. Grossman_, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for _John Ream_.
(Name of Party)

Movant represents that _Andrew M. Grossman_ is a member in good standing
(Name of PHV Attorney)

of the highest court of _District of Columbia_ as attested by the accompanying certificate from that
(Name of State)

court and that _Andrew M. Grossman_ is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court.  This Motion is accompanied by the required filing fee

<u>Andrew M. Grossman</u> 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>202-861-1697</u>     Business fax _____

Business address <u>1050 Connecticut Ave NW #1100, Washington, DC 20036</u>

Business e-mail address <u>agrossman@bakerlaw.com</u>

<u>/s/ Patrick T. Lewis</u>
(Signature of Trial Attorney)
Baker & Hostetler, Key Tower 127 Public Square, Suite 2000
(Address)
<u>Cleveland, OH 44114</u>
(City, State, Zip Code)
<u>(216) 861-7096</u>
(Telephone Number)

Trial Attorney for <u>John Ream</u>
(Name of Party)

**(Please attach required Certificate of Service)**



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Andrew Michael Grossman*

*was duly qualified and admitted on December 8, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 01, 2024.*

**JULIO A. CASTILLO**
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

**Certificate of Service**

I certify that on the February 2, 2024, the foregoing was filed on the Court's electronic case filing system, and was served upon the following by regular U.S. mail, postage pre-paid:

U.S. Department of the Treasury
c/o Neil H. MacBride,
General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

Janet Yellen, in her official capacity as U.S. Secretary of the Treasury
c/o Neil H. MacBride,
General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

Alcohol and Tobacco Tax and Trade Bureau
c/o Neil H. MacBride,
General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

Mary G. Ryan in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau
c/o Neil H. MacBride,
General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

United States Attorney for the Southern District of Ohio
Attn: Kenneth L. Parker
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

Attorney General of the United States
Attn: Jolen Ann Lauria, Assistant Attorney General for Administration, Justice Management Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

Dated: February 2, 2024 /s/ Patrick T. Lewis
Patrick T. Lewis
Counsel for Plaintiff