## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JOHN REAM,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as Secretary of the Treasury; ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, UNITED STATES DEPARTMENT OF THE TREASURY; MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau of the United States Department of the Treasury. | Case No. 2:24-cv-364 |

## PROOF OF SERVICE

In compliance with Rule 4(i)(1);(2) of the Federal Rules of Civil Procedure, I hereby certify that summonses were served by USPS Certified Mail on February 1, 2024, on the following. Attached as Exhibit A is USPS Certified Mail Receipts and attached as Exhibit B is USPS Proof of Delivery.

| U.S. Department of the Treasury<br>c/o Neil H. MacBride, General Counsel<br>1500 Pennsylvania Avenue, N.W.<br>Room 3000<br>Washington, D.C. 20220 | **Date Service Sent Via Certified Mail:**<br><br>02/01/2024 | **USPS Tracking Number:**<br><br>9589071052701042139144 | **Date USPS Reports Service Effected:**<br><br>02/07/2024 |
|---|---|---|---|
| Janet Yellen<br>U.S. Secretary of the Treasury<br>c/o Neil H. MacBride, General Counsel<br>1500 Pennsylvania Avenue, N.W.<br>Room 3000<br>Washington, D.C. 20220 | **Date Service Sent Via Certified Mail:**<br><br>02/01/2024 | **USPS Tracking Number:**<br><br>9589071052701042139182 | **Date USPS Reports Service Effected:**<br><br>02/07/2024 |
| Alcohol and Tobacco Tax and Trade Bureau<br>c/o Neil H. MacBride, General Counsel<br>1500 Pennsylvania Avenue, N.W.<br>Room 3000<br>Washington, D.C. 20220 | **Date Service Sent Via Certified Mail:**<br><br>02/01/2024 | **USPS Tracking Number:**<br><br>9589071052701042139199 | **Date USPS Reports Service Effected:**<br><br>02/07/2024 |
| Mary G. Ryan<br>Administrator of the Alcohol and Tobacco Tax and Trade Bureau<br>c/o Neil H. MacBride, General Counsel<br>1500 Pennsylvania Avenue, N.W.<br>Room 3000<br>Washington, D.C. 20220 | **Date Service Sent Via Certified Mail:**<br><br>02/01/2024 | **USPS Tracking Number:**<br><br>9589071052701042139175 | **Date USPS Reports Service Effected:**<br><br>02/07/2024 |
| Kenneth L. Parker<br>U.S. Attorney for the Southern District of Ohio<br>303 Marconi Boulevard Suite 200<br>Columbus, OH 43215 | **Date Service Sent Via Certified Mail:**<br><br>02/01/2024 | **USPS Tracking Number:**<br><br>9589071052701042139151 | **Date USPS Reports Service Effected:**<br><br>02/05/2024 |

| Jolen Ann Lauria Attorney General of the United States Assistant Attorney General for Administration Justice Management Division 950 Pennsylvania Avenue, N.W. Washington, D.C. 20530 | **Date Service Sent Via Certified Mail:** 02/01/2024 | **USPS Tracking Number:** 9589071052701042139168 | **Date USPS Reports Service Effected:** 02/07/2024 |
|---|---|---|---|

Dated this 7th day of March, 2024.

/s/ *Patrick T. Lewis*
Patrick T. Lewis
BAKER HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Tel: (216) 861-7096
Email: plewis@bakerlaw.com

*Attorney for Plaintiff John Ream*

# Exhibit A



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $_____
☐ Certified Mail Restricted Delivery $_____
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $1.87

Total Postage and Fees $6.51

Janet Yellen, in her official capacity as U.S. Secretary of the Treasury
Janet Yellen, U.S. Secretary of the Treasury
c/o Neil H. MacBride,
General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Columbus OH 43215

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $_____

Postage $2.11

Total Postage and Fees $6.51

The US Attorney for the Southern District of Ohio
United States Attorney for the Southern District of Ohio
Attn: Kenneth L. Parker
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $1.87

Total Postage and Fees $6.27

**Alcohol and Tobacco Tax and Trade Bureau**
Alcohol and Tobacco Tax and Trade Bureau
c/o Neil H. MacBride, General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $1.87

Total Postage and Fees $6.27

Mary G. Ryan, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau
Mary G. Ryan, Administrator of the Alcohol and Tobacco Tax and Trade Bureau
c/o Neil H. MacBride,
General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20530

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $_____
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $_____
☐ Adult Signature Restricted Delivery $_____

Postage $2.11

Total Postage and Fees $_____

**The United States Attorney General**
Attorney General of the United States
Attn: Jolen Ann Lauria, Assistant Attorney General for Administration,
Justice Management Division
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington DC 20220

Certified Mail Fee $4.40

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $0.00
☐ Return Receipt (electronic) $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required $0.00
☐ Adult Signature Restricted Delivery $_____

Postage $1.87

Total Postage and Fees $_____

**U.S. Department of the Treasury**
U.S. Department of the Treasury
c/o Neil H. MacBride,
General Counsel,
1500 Pennsylvania Avenue, NW., Room 3000,
Washington, DC 20220

# Exhibit B

**Tracking Number:**

**9589071052701042139199**

 Copy  👥 Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:41 am on February 7, 2024 in WASHINGTON, DC 20220.

Get More Out of USPS Tracking:

🔖 USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20220
February 7, 2024, 3:41 am

**Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
February 6, 2024, 10:50 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 6, 2024, 8:33 am

**In Transit to Next Facility**
February 5, 2024

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
February 1, 2024, 10:59 pm

**Departed Post Office**
WASHINGTON, DC 20036
February 1, 2024, 5:07 pm

**USPS in possession of item**
WASHINGTON, DC 20036
February 1, 2024, 2:47 pm

Hide Tracking History

**Tracking Number:**

**9589071052701042139144**

 Copy    Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 3:41 am on February 7, 2024 in WASHINGTON, DC 20220.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20220
February 7, 2024, 3:41 am

**Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
February 6, 2024, 10:50 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 6, 2024, 8:33 am

**In Transit to Next Facility**
February 5, 2024

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
February 1, 2024, 10:59 pm

**Departed Post Office**
WASHINGTON, DC 20036
February 1, 2024, 5:07 pm

**USPS in possession of item**
WASHINGTON, DC 20036
February 1, 2024, 2:47 pm

**Hide Tracking History**

**Tracking Number:**

## 9589071052701042139175

 Copy   ⚐ Add to Informed Delivery

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 3:41 am on February 7, 2024 in WASHINGTON, DC 20220.

Get More Out of USPS Tracking:

📊 USPS Tracking Plus®

**Delivered**
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20220
February 7, 2024, 3:41 am

**Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
February 6, 2024, 10:50 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 6, 2024, 8:34 am

**In Transit to Next Facility**
February 5, 2024

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
February 1, 2024, 10:59 pm

**Departed Post Office**
WASHINGTON, DC 20036
February 1, 2024, 5:07 pm

**USPS in possession of item**
WASHINGTON, DC 20036
February 1, 2024, 2:48 pm

**Hide Tracking History**

**Tracking Number:**

## 9589071052701042139182

 Copy    🏃 Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 3:41 am on February 7, 2024 in WASHINGTON, DC 20220.

───────────────────────────

**Get More Out of USPS Tracking:**

🔍 USPS Tracking Plus®

---

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20220
February 7, 2024, 3:41 am

● **Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
February 6, 2024, 10:50 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
February 6, 2024, 8:34 am

● **In Transit to Next Facility**
February 5, 2024

● **Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
February 1, 2024, 10:59 pm

● **Departed Post Office**
WASHINGTON, DC 20036
February 1, 2024, 5:07 pm

● **USPS in possession of item**
WASHINGTON, DC 20036
February 1, 2024, 2:49 pm

● **Hide Tracking History**

**Tracking Number:**

## 9589071052701042139151

 Copy    ⚡ Add to Informed Delivery

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 10:27 am on February 5, 2024 in COLUMBUS, OH 43215.

Get More Out of USPS Tracking:

🔍 USPS Tracking Plus®

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
COLUMBUS, OH 43215
February 5, 2024, 10:27 am

**In Transit to Next Facility**
February 4, 2024

**Arrived at USPS Regional Destination Facility**
COLUMBUS OH DISTRIBUTION CENTER
February 3, 2024, 3:32 pm

**Arrived at USPS Regional Origin Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
February 1, 2024, 10:59 pm

**Departed Post Office**
WASHINGTON, DC 20036
February 1, 2024, 5:07 pm

**USPS in possession of item**
WASHINGTON, DC 20036
February 1, 2024, 2:50 pm

**Hide Tracking History**

**Tracking Number:**

**9589071052701042139168**

📋 Copy  ⚡ Add to Informed Delivery

**Latest Update**

Your item was picked up at a postal facility at 5:11 am on February 7, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

● **Delivered**

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
February 7, 2024, 5:11 am

**Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
February 6, 2024, 10:58 am

**Arrived at Post Office**
WASHINGTON, DC 20018
February 6, 2024, 9:15 am

**In Transit to Next Facility**
February 5, 2024

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
February 1, 2024, 10:58 pm

**Departed Post Office**
WASHINGTON, DC 20036
February 1, 2024, 5:07 pm

**USPS in possession of item**
WASHINGTON, DC 20036
February 1, 2024, 2:45 pm

**Hide Tracking History**