# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN REAM, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:24-cv-0364 |
| JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, *et al.*, | ) ) ) |
|     Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please take notice that Elizabeth Tulis of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: April 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director, Federal Programs Branch

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney (N.Y. Bar)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 1, 2024, a true and correct copy of the foregoing Notice was served electronically upon the following parties or counsel via the Court's CM/ECF filing system:

Patrick T Lewis
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114
216-621-0200
Fax: 216-696-0740
Email: plewis@bakerlaw.com
*Counsel for Plaintiff*

Andrew Michael Grossman
Baker Hostetler
Washington Square
1050 Connecticut Avenue, N.W.
Ste 1100
Washington, DC 20036
202-861-1697
Email: agrossman@bakerlaw.com
*Counsel for Plaintiff*

David Christian Tryon
The Buckeye Institute
188 East Broad Street
Ste 1300
Columbus, OH 43215
440-503-7877
Email: d.tryon@buckeyeinstitute.org
*Counsel for Plaintiff*

Kristin A. Shapiro
Baker & Hostetler
1050 Connecticut Ave. NW, Suite 1100
Washington, DC 20036
202-861-1717
Email: kshapiro@bakerlaw.com
*Counsel for Plaintiff*

Robert Alt
The Buckeye Institute
88 East Broad Street, Suite 1300
Columbus, OH 43215
614-224-4422
Email: robert@buckeyeinstitute.org
*Counsel for Plaintiff*

                                                  */s/ Elizabeth Tulis*
                                                  ELIZABETH TULIS