# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN REAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 2:24-cv-364 |
| JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

Please take notice that Hannah Solomon-Strauss of the United States Department of Justice hereby enters her appearance in the above-captioned matter as counsel for Defendants.

Dated: April 3, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director
Federal Programs Branch

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
Trial Attorney (NY Bar No. 5693890)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 616-8198
Fax: (202) 616-8470
hannah.m.solomon-strauss@usdoj.gov

*Counsel for the Defendants*