# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN REAM,<br><br>    Plaintiff,<br><br>v.<br><br>JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, *et al*.,<br><br>    Defendants. | Case No. 2:24-cv-0364-EAS-CMV |

## ORDER

This matter is before the Court on the parties' joint motion to defer the Rule 26(f) meet-and-confer, report, and conference until resolution of the motion to dismiss (ECF No. 17). For good cause shown, the Motion is **GRANTED**. The May 15, 2024 Preliminary Pretrial Conference is **VACATED**. If Defendants' motion to dismiss is denied, the parties are **ORDERED** to file a Rule 26(f) report **WITHIN FOURTEEN DAYS** of the Court's ruling on Defendants' motion to dismiss, which will prompt the Court to reschedule the Preliminary Pretrial Conference if necessary.

    IT IS SO ORDERED.

                                    /s/ *Chelsey M. Vascura*
                                    CHELSEY M. VASCURA
                                    UNITED STATES MAGISTRATE JUDGE