# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

Plaintiff, John Ream

Case No.: 2:24-cv-364

-vs-

District Judge
Magistrate Judge

Defendant, U.S. Department of the Treasury, et al.

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, Patrick T. Lewis, trial
(Name of Trial Attorney)

attorney for John Ream, in the above-referenced action, hereby moves the court to
(Name of Party)

admit David B. Rivkin Jr., *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for John Ream.
(Name of Party)

Movant represents that David B. Rivkin Jr. is a member in good standing
(Name of PHV Attorney)

of the highest court of District of Columbia as attested by the accompanying certificate from that
(Name of State)

court and that David B. Rivkin Jr. is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required filing fee

<u>    David B. Rivkin Jr.    </u> 's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>202-861-1731</u>   Business fax <u>                        </u>

Business address <u>  1050 Connecticut Ave NW #1100, Washington, DC 20036  </u>

<u>                                                                       </u>

Business e-mail address <u>drivkin@bakerlaw.com                            </u>

<u>    /s/ Patrick T. Lewis                </u>
(Signature of Trial Attorney)
Baker & Hostetler, Key Tower 127 Public Square, Suite 2000
(Address)
<u> Cleveland, OH 44114                   </u>
(City, State, Zip Code)
<u>  (216) 861-7096                        </u>
(Telephone Number)

Trial Attorney for <u>  John Ream              </u>
(Name of Party)

**(Please attach required Certificate of Service)**



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# David B Rivkin Jr.

*was duly qualified and admitted on November 13, 1985 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 23, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2024, the foregoing was filed on the Court's electronic case filing system and was served electronically upon the following parties or counsel via the Court's CM/ECF filing system.

*/s/ Patrick T. Lewis*
PATRICK T. LEWIS