# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN REAM,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as Secretary of the Treasury; ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, UNITED STATES DEPARTMENT OF THE TREASURY; MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau of the United States Department of the Treasury,<br><br>      Defendants. | Civil Action No. 2:24-cv-00364-EAS-CMV |

**DECLARATION OF JOHN REAM**

I, John Ream, declare as follows pursuant to 28 U.S.C. § 1746:

1. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I was raised in Granville, Ohio.

3. I graduated from the University of Cincinnati with a degree in aerospace engineering. After graduation, I worked in Seattle for Boeing.

4. When my now-wife, Kristin, and I became engaged, Kristin gave me a home-brewing kit as a gift. Attached as Exhibit 1 is a true and correct copy of *Aces of Trades: Unexpected turn brings engineer home to start Trek Brewing*, published in the Newark Advocate on February

1

3, 2020, which accurately quotes me as saying that "I just dove into it. Brewing was the perfect combination of art and science, and my engineering brain just totally latched onto it."

5. My first few batches were not the best. But my brewing talent and technique improved through continuous experimentation. I used my engineering background to improve the quality of my beer and the efficiency of the process to the point where I was creating subtle, interesting, and varied types of beer that I believed were competitive with the highest quality craft brews on the market.

6. After home brewing for nine years, I developed an entrepreneurial itch and wanted to own my own business. Exhibit 1 accurately quotes me as saying that I eventually decided that I could either "keep talking about it or do something about it." Attached as Exhibit 2 is a true and correct copy of *Licking County Foundation Donor Profile: Trek Brewing Company*, published in the Newark Advocate on April 30, 2019, which accurately quotes me as saying "if home is where the heart is, it should be where the beer is too."

7. So I returned home to Ohio to launch Trek Brewing Company, which Kristin and I founded in 2017 and opened to the public in 2018 as a brewery and taproom, serving beer and food. We chose the name because of our shared passion for the outdoors. Exhibit 1 accurately quotes me as saying: "Starting the brewery is the next step on our adventure. It's our journey, our trek." I manage brewhouse and business operations for Trek.

8. Exhibit 2 accurately quotes me as saying that we started Trek to "be a vehicle for good in the world." To that end, Trek hosts different nonprofits each week through our "Trek Together" program, donating 10 percent of our taproom sales to the nonprofits and giving them a platform to highlight their missions. We further support local organizations through the Trek Together Community Fund.

9. Family is very important to us, as Kristin and I have two young sons. Trek is a family-friendly place, offering a selection of kids' meals, board games, and a "kids' corner" with a chalk wall and toys. We host family-friendly events, from gingerbread-house building around the holidays and annual organized runs for charity to weekly trivia. For example, on June 1, 2024, we will host our fourth annual ".5K" run, which this year will benefit the Boys & Girls Clubs of Central Ohio.

10. I am proud that, through hard work, Kristin and I have turned my home-brewing hobby into a community- and family-oriented business that now financially supports my family and many others, too.

11. I have never distilled alcohol before, but I would like to apply my engineering background and brewing experience to experiment with distilling small quantities of alcohol in my own home, like I did during my nine years of home brewing. I favor rye and bourbon, so I would begin by attempting to distill those liquors.

12. I have taken the initial steps that I may lawfully take to engage in home distilling. Specifically, I have extensively researched and studied the process of distilling, and I am prepared to take every step necessary to responsibly home distill, including obtaining the appropriate equipment and raw materials. The next step that I would need to take to begin home distilling is to purchase a still. I have seen that stills suitable for home use are widely available for purchase, and I have identified in particular a 5-gallon copper pot still being sold for approximately $600 that I would purchase for my own use at home. But I have not taken that step because I could not register it as federal law requires, using it would violate the law, and merely possessing an unregistered still or having a still in my home is unlawful and could subject me to criminal investigation and even prosecution and imprisonment.

13. If I had a still, I could begin home distilling almost immediately. I have identified recipes that I would use as a starting point for my own distilling. The ingredients necessary for making whiskeys, such as water and grains, are ones that I can easily obtain in short order.

14. My home distilling would comply with all applicable state and federal laws except the federal home-distilling prohibition. I would obtain all necessary state and federal licenses for, and pay all applicable taxes on, my home distilling. I have always paid my taxes and never had any dispute with the Internal Revenue Service, either personally or with Trek. I would not sell the spirits I distill or otherwise offer them to the public. My wife would be the only other person to consume the spirits.

15. I would engage in home distilling but for the federal home-distilling prohibition. In light of my personal belief in abiding by the law as well as my responsibilities to my family and my small business and its employees, I will not break the law. I also fear severe criminal penalties if I simply possess a still or begin to distill spirits. Accordingly, the federal home-distilling prohibition prevents me from distilling small quantities of alcohol in my own home for my own personal consumption. I am able and ready to home distill and would home distill if the federal home-distilling prohibition were invalidated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 20th day of May, 2024.

_____
John Ream

# Exhibit 1

# Newark Advocate.

LOCAL

# Aces of Trades: Unexpected turn brings engineer home to start Trek Brewing

**Drew Bracken** Correspondent

Published 7:10 a.m. ET Feb. 3, 2020

NEWARK – He had dreams of becoming an architect but became an aerospace engineer. He worked for Boeing in Seattle but came home to brew beer and run Trek Brewing Company – with heart. Yeah, life often takes unexpected turns. And for John Ream, that's just fine.

"I'm thrilled with where we are on our journey," he affirmed, the "we" referring to he and his wife, Kristin. "Life brought us back home to chase our dream. I don't think you can ask for more."

Ream, now 33, grew up in Granville. He graduated from Granville High School in 2004 then went on to graduate from the University of Cincinnati with a degree in aerospace engineering.

"I come from a family of entrepreneurs," he said. "Both of my parents owned their own businesses, and I grew up helping out with both of them. My first real dream was to be an architect. However, it turns out drawing wasn't my strong suit. I then became interested in engineering. Beer brewing was never on the radar until college, when most people think opening a brewery would be a great idea."

"I started trying some craft beers and imports in college and started to enjoy different beers," he continued. "I had a roommate who brewed beer and that got me curious about the process. My wife, Kristin, got me a homebrew kit when we got engaged because she wanted me to have a hobby other than video games – and I just dove into it. Brewing was the perfect combination of art and science, and my engineering brain just totally latched onto it."

**Licking County Brew Crew:** Licking County Brew Crew: Stouts and porters to get you through winter

Before he became a full-time brewer, however, the couple moved to Seattle where he worked at Boeing as a simulation engineer on their commercial airplanes.

"I enjoyed my work there," Ream said. "And I enjoyed the folks I was working with. But it came down to wanting not to have any 'what ifs' down the road."

"I also had that entrepreneurial itch," he added, "and I wanted to own my own company. Eventually we decided we could keep talking about it or do something about it, so we came home to do it."

Trek Brewing was officially founded in 2017 and the doors opened in March 2018.

The name, by the way, came from the fact he and his wife both love the outdoors "and we knew we wanted to bring some of that passion into our name," he explained. "Starting the brewery is the next step on our adventure. It's our journey, our trek."

Part of that journey includes their Trek Together Community Fund. They host, for instance, different non-profits each week to give them a platform to spread their message, and they then donate $1 for every pint sold.

"The Licking County Foundation manages our charitable fund," Ream explained. "All of our donations are distributed from the fund at our direction. At the end of each month we have the foundation issue grants to our partner organizations."

"The Foundation is happy to administer John and Kristin's philanthropic efforts," said Megan Evans, the organization's donor services officer. "People, businesses and organizations readily and frequently come together to help their neighbors in Licking County. What John and Kristin are doing at Trek is a shining example of that caring spirit."

"Brewing beer is a passion," Ream responded, "but we truly built the brewery to build and support our community. Plus, Kristin and I want to show our young boys they can do anything they can dream of, and they can do it in a way that helps the community."

## For more

Trek Brewing Co. is located at 1486 Granville Road in Newark. For more information, log on www.trekbeer.com.

Aces of Trades is a weekly series focusing on people and their jobs – whether they're unusual jobs, fun jobs or people who take ordinary jobs and make them extraordinary. If you have a suggestion for a future profile, let us know at advocate@newarkadvocate.com or 740-328-8821.

# Exhibit 2

# Newark Advocate.

NEWS

# Licking County Foundation Donor Profile: Trek Brewing Company

Licking County Foundation
Published 11:01 a.m. ET April 30, 2019

Trek Brewing Company opened its doors at 1486 Granville Road in 2018 with the vision that great beer and great people come together to do incredible things.

Since Trek's inception, owners John and Kristin Ream have been dedicated to giving back to the community they call home. John and Kristin both graduated from Granville High School in 2004. After marrying, the Reams moved to Seattle—where John worked as an aerospace engineer and Kristin as a teacher. They spent nine years out west before the dream of opening a brewery was born. "When we decided to follow our big dream and open a brewery, we decided if home is where the heart is, it should be where the beer is too," they said. The Reams and their two small children returned to Licking County, and with lots of family support, Trek Brewing Company opened in Newark.

"A big part of why we decided to start Trek Brewing Company was so that we could be a vehicle for good in the world. The Trek Together Community Fund is a great way for us to distribute the funds we raise and also a great place for us to collect funds and earmark them for certain projects," said the Reams. The fund helps the Reams to carry out their philanthropic goals.

Trek has hosted several fundraisers, like the Gingerbread House That Beer Built to support Habitat for Humanity and the 0.5k Run with a Point to support the YMCA All for One Camp. Their special SMaSH series of beers and a weekly community night on Thursdays sees $1 from every pint sold donated to charity. "We're striving to partner with local non-profit organizations and if we don't have an organization present, $1 from every pint goes into the Trek Together Community Fund," said the Reams.

"We hope that the fund is able to give back to the community in a meaningful and lasting way, to give to multiple projects throughout Licking County, and to serve as many of the needs as we can," said the Reams.