# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JOHN REAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 2:24-cv-364-EAS-CMV |
| JANET YELLEN, in her official capacity as ) | |
| U.S. Secretary of the Treasury, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 7.3, Defendants hereby move to extend their upcoming deadline in this matter by one business day. In support thereof, Defendants state as follows:

1. Defendants recounted the relevant procedural history of this matter in an earlier filing, *see* ECF No. 23.

2. In that motion, the parties proposed that Defendants would file a combined reply in support of their motion to dismiss and opposition to Plaintiff's motion for summary judgment, and that this filing would be due August 9, 2024. The Court ordered this briefing schedule, *see* Notion Order, ECF No. 24.

3. Defendants have been working diligently on this combined filing. However, the press of business and personal matters, including illness, have interfered at a late date.

4. Defendants request that they be permitted a brief extension, until **August 12, 2024,** to file their combined reply in support of their motion to dismiss and opposition to Plaintiff's motion for summary judgment.

5. No party will be prejudiced by this extension.  The case was filed not long ago, and no other deadlines are pending.

6. The parties have conferred and Plaintiff does not oppose this motion.

Dated: August 6, 2024                     Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

DIANE KELLEHER
Assistant Director
Federal Programs Branch

*/s/ Elizabeth Tulis*
ELIZABETH TULIS
HANNAH M. SOLOMON-STRAUSS
Trial Attorneys
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
elizabeth.tulis@usdoj.gov

*Counsel for the Defendants*

### CERTIFICATE OF SERVICE

I certify that this motion was electronically filed with the Clerk of Court, using the CM/ECF system, on August 6, 2024, thereby serving all counsel of record.

*/s/ Elizabeth Tulis*
ELIZABETH TULIS

*Counsel for the Defendants*