IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN REAM,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY; JANET YELLEN, in her official capacity as Secretary of the Treasury; ALCOHOL AND TOBACCO TAX AND TRADE BUREAU, UNITED STATES DEPARTMENT OF THE TREASURY; MARY G. RYAN, in her official capacity as Administrator of the Alcohol and Tobacco Tax and Trade Bureau of the United States Department of the Treasury,<br><br>  Defendants. | Civil Action No. 2:24-cv-00364-EAS-CMV |

**Notice of Withdrawal as Co-Counsel for Plaintiff John Ream**

Pursuant to Local Rule 83.4(b), attorney David B. Rivkin, Jr. of Baker & Hostetler LLP hereby withdraws as co-counsel in this case for Plaintiff John Ream ("Plaintiff"). Mr. Rivkin unfortunately passed away on December 27, 2024. Written notice of Mr. Rivkin's passing has been provided to Plaintiff and opposing counsel.

Plaintiff's remaining attorneys will continue to represent him, and attorney Patrick T. Lewis (#0078314) of Baker & Hostetler LLP will continue to represent Plaintiff as Trial Attorney in the above-captioned matter. Accordingly, all future correspondence, pleadings, motions, discovery, and documents to be served upon counsel for Plaintiff should be directed to Patrick T. Lewis.

| | |
|---|---|
| Dated: January 21, 2025 | Respectfully submitted, |
| | /s/ Patrick T. Lewis |
| ROBERT ALT (#0091753) | PATRICK T. LEWIS (#0078314) |
| The Buckeye Institute | *Trial Attorney* |
| 88 East Broad Street, Suite 1300 | BAKER & HOSTETLER LLP |
| Columbus, OH 43215 | 127 Public Square, Suite 2000 |
| (614) 224-4422 | Cleveland, OH 44114 |
| robert@buckeyeinstitute.org | (216) 861-7096 |
| | plewis@bakerlaw.com |
| | |
| | ANDREW M. GROSSMAN* |
| | KRISTIN SHAPIRO* |
| | BAKER & HOSTETLER LLP |
| | 1050 Connecticut Ave., N.W., Suite 1100 |
| | Washington, D.C. 20036 |
| | (202) 861-1697 |
| | agrossman@bakerlaw.com |
| | |
| | * admitted pro vac vice |
| | |
| | *Attorneys for John Ream* |

2

**CERTIFICATE OF SERVICE**

I certify that on January 21, 2025, the foregoing was filed on the Court's electronic filing system. The Court's filing system will serve notice of the filing to all counsel of record. Parties may access the filing on the Court's system.

*/s/ Patrick T. Lewis*
PATRICK T. LEWIS (#0078314)