AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Ohio

| | |
|---|---|
| JOHN REAM,<br>*Plaintiff*<br>v.<br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:24-cv-364<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Ordered filed 3/20/2025 Defendants' Motion to Dismiss (ECF No. 13) is GRANTED. Mr. Ream's Complaint is DISMISSED and his Cross Motion for Summary Judgment (ECF No. 20) is DENIED as moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 03/20/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk