IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN REAM,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, et al.,<br><br>      Defendants. | Civil Action No. 2:24-cv-00364-EAS-CMV |

**Notice of Appeal**

Notice is hereby given that John Ream, Plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on March 20, 2025 (ECF No. 34).

Dated: April 8, 2025

DAVID C. TRYON (#0028954)
ROBERT ALT*
THE BUCKEYE INSTITUTE
88 East Broad Street, Suite 1300
Columbus, OH 43215
(614) 224-4422
d.tryon@buckeyeinstitute.org

* admitted *pro hac vice*

Respectfully submitted,

/s/ *Patrick T. Lewis*
PATRICK T. LEWIS (#0078314)
  *Trial Attorney*
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
(216) 861-7096
plewis@bakerlaw.com

ANDREW M. GROSSMAN*
KRISTIN SHAPIRO*
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
(202) 861-1697
agrossman@bakerlaw.com

*Attorneys for John Ream*

## CERTIFICATE OF SERVICE

I certify that on April 8, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Patrick T. Lewis*
PATRICK T. LEWIS
