**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 09, 2025

Mr. Patrick T. Lewis
BakerHostetler
127 Public Square
Suite 2000
Cleveland, OH 44114-3485

        Re:  Case No. 25-3259, *John Ream v. U.S. Department of the Treasury, et al*
              Originating Case No. 2:24-cv-00364

Dear Counsel,

   This appeal has been docketed as case number **25-3259** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **April 23, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

                Appellant:    Appearance of Counsel
                              Civil Appeal Statement of Parties & Issues
                              Disclosure of Corporate Affiliations
                              Application for Admission to 6th Circuit Bar (if applicable)

    Appellee:    Appearance of Counsel
                    Disclosure of Corporate Affiliations
                    Application for Admission to 6th Circuit Bar (if applicable)

   If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

                                        Sincerely,

                                        s/Gretchen A.
                                        Case Manager
                                        Direct Dial No. 513-564-7018

cc:  Ms. Elizabeth M. Tulis

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 25-3259

JOHN REAM

        Plaintiff - Appellant

v.

U.S. DEPARTMENT OF THE TREASURY; SECRETARY JANET YELLEN; ALCOHOL AND TOBACCO TAX AND TRADE BUREAU; ADMINISTRATOR MARY G. RYAN

        Defendants - Appellees