IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN REAM, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 2:24-cv-364-EAS-cmv |
| JANET YELLEN, in her official capacity as U.S. Secretary of the Treasury, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**MOTION TO WITHDRAW ATTORNEY**

Pursuant to Local Rule 83.4(b), Defendants respectfully request this Court permit Hannah Solomon-Strauss to withdraw as counsel for Defendants. Ms. Solomon-Strauss is leaving her position with the Department of Justice. Defendants submit they will be suitably represented by counsel who have entered an appearance in this matter.

The parties have conferred and Plaintiff does not oppose this motion.


Dated: May 9, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Hannah M. Solomon-Strauss*
HANNAH M. SOLOMON-STRAUSS
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L St. NW
Washington, DC 20005

        Tel: (202) 616-8198
        Fax: (202) 616-8470
        hannah.m.solomon-strauss@usdoj.gov

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that this motion was electronically filed with the Clerk of Court, using the CM/ECF system, on May 9, 2025, thereby serving all counsel of record.

        */s/ Hannah M. Solomon-Strauss*
        HANNAH M. SOLOMON-STRAUSS

        *Counsel for the Defendants*