# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN REAM,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE TREASURY, *et al.*,<br><br>        Defendants. | Civil Action No. 2:24-cv-00364 |

## NOTICE OF APPEARANCE

Please take notice that Michael J. Gerardi, Senior Trial Counsel at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel of record for Defendants in the above-captioned matter.

Dated: August 25, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN ELLIOTT
Assistant Branch Director

By: */s/ Michael J. Gerardi*
MICHAEL J. GERARDI (D.C. Bar No. 1017949)
Senior Trial Counsel
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: 202-616-0680
Email: michael.j.gerardi@usdoj.gov

*Counsel for Defendants*