**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN REAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:24-cv-364-EAS-CMV |
| JANET YELLEN, in her official capacity as | ) | |
| U.S. Secretary of the Treasury, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY**

Pursuant to Local Rule 83.4(b), Defendants respectfully move to withdraw Elizabeth Tulis as counsel for Defendants. Ms. Tulis is leaving her position with the Department of Justice. Defendants will continue to be represented by Michael Gerardi, who has already filed a notice of appearance in this matter. Undersigned counsel has conferred with Plaintiff's counsel, and Plaintiff's counsel has informed her that Plaintiff does not oppose the relief sought in this motion.

Dated: September 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

STEPHEN M. ELLIOTT
Assistant Branch Director
Federal Programs Branch

*/s/ Elizabeth Tulis*
ELIZABETH TULIS
Assistant Director, Federal Programs Branch
Civil Division, Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: 202-514-9237
Email: elizabeth.tulis@usdoj.gov

*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I certify that this motion was electronically filed with the Clerk of Court, using the CM/ECF system, on September 2, 2025, thereby serving all counsel of record.

*/s/ Elizabeth Tulis*_____
ELIZABETH TULIS

*Counsel for the Defendants*